**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MOBILEPRO CORP.**                                                                                       **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO.: 3:08cv236-TSL-JCS**

**TELAVA NETWORKS, INC.,
d/b/a TELAVA WIRELESS/NETWORKS, INC.**                             **DEFENDANT**

## RULE 41 VOLUNTARY DISMISSAL

COME NOW, the Parties, pursuant to Rule 41(a)(ii) and Rule 41(a)(2)(d) and hereby file this joint Stipulation of Dismissal Without Prejudice and hereby dismiss this matter without prejudice and with each party to separately bear their respective costs for this action subject only to Rule 41(d).

Respectfully submitted, this the _30_ day of __September_____, 2008.

                                                           ___s/ James C. Sumner_____
                                                           UNITED STATES MAGISTRATE JUDGE

/s/Michael V. Cory, Jr._____
Michael V. Cory, Jr., As Attorney for the Plaintiff

/s/Phillip S. Sykes_____
Phillip S. Sykes, As Attorney for Defendant